UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN LEDERER and DAVID LEDERER,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Defendant.* | Case No. 1:25-cv-08703 (PAE) (S.D.N.Y) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs David Lederer and Jonathan Lederer voluntarily dismiss the above-captioned action with prejudice as against Defendant The Trustees of Columbia University in the City of New York pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
December 22, 2025

Respectfully submitted,

*/s/ Susan Greene*

_____
Susan Greene
sgreene@holtzmanvogel.com
Jason Torchinsky
jtorchinsky@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N St. NW, Suite 643
Washington, D.C. 200037
Phone: (202) 737-8808

Jonathan Lienhard
jlienhard@holtzmanvogel.com
Daniel Bruce
dbruce@holtzmanvogel.com

HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808

*Counsel for Plaintiffs David Lederer
and Jonathan Lederer*